

**Rodman E. Honecker**
rhonecker@windelsmarx.com
732-448-2534

156 West 56th Street  | New York, NY 10019
T. 212.237.1000  | F. 212.262.1215

February 4, 2025

**VIA ECF**

Honorable Anthony J. Brindisi, U.S.D.J.
United States District Court
Northern District of New York
Alexander Pirnie Federal Bldg. and U.S. Courthouse
10 Broad Street
Utica, New York 13501

                      Re:  **Johnson et al. v. Best Bev, LLC**
                           Civil Action No.: 24-cv-01260 (AJB) (ML)

Dear Judge Brindisi:

      We represent Defendant Best Bev, LLC in this putative wage and hour class action litigation. We write, with consent from Plaintiff's counsel, to respectfully request an extension of the February 10, 2025 deadline to reply to Plaintiff's opposition to Defendant's Motion to Dismiss, or in the alternative stay the captioned action, until February 17, 2025. This is Defendant's first request for an extension of this deadline.

                                            Respectfully submitted,

                                            */s/ Rodman E. Honecker*
                                            Rodman E. Honecker

REH:pmm
cc:  All counsel of record (via ECF)

{41204538:1}