**WINDELS MARX LANE & MITTENDORF, LLP**
Rodman E. Honecker (rhonecker@windelsmarx.com)
Amanda A. Meehan (ameehan@windelsmarx.com)
156 West 56th Street
New York, NY 10019
Telephone: (212) 237-1000
Attorneys for Defendant
Best Bev LLC

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAKIE JOHNSON, on behalf of himself, individually, and on behalf of all others similarly-situated,<br><br>     Plaintiff,<br> -against-<br><br>BEST BEV LLC,<br><br>     Defendant. | Civil Action No. 3:24-cv-01260-BKS-ML<br><br>**DECLARATION OF COUNSEL IN REPLY WITH EXHIBITS** |

Rodman E. Honecker, pursuant to Title 28, United States Code, Section 1746, declares:

1. I am an attorney-at-law of the State of New Jersey, a member of the Bar of this Court, and a partner with Windels Marx Lane & Mittendorf, LLP, attorneys for defendant, Best Bev LLC ("Best Bev").

2. This Declaration is submitted in further support of Best Bev's motion for an Order dismissing the Complaint or, in the alternative, staying the captioned action.

3. I declare that the following exhibits are true copies of New York State legislative materials cited in Best Bev's reply memorandum of law:

| Exhibit A | Assemb. B. A1978 (N.Y. 2025). |
|---|---|
| Exhibit B | S. B. S2081 (N.Y. 2025). |
| Exhibit C | N.Y. Comm. Rep., Assemb. B. A1978 (N.Y. 2025). |
| Exhibit D | N.Y. Comm. Rep., S. B. S2081 (N.Y. 2025). |

{41205807:1}

I declare under penalty of perjury that the foregoing is true and correct.

                                                */s/ Rodman E. Honecker*
                                                Rodman E. Honecker

Dated:  February 17, 2025