FRANCIS J. GIAMBALVO
FGIAMBALVO@GRSM.COM



**ATTORNEYS AT LAW**
1 BATTERY PARK PLAZA
28TH FLOOR
NEW YORK, NY 10004
(212) 269-5500
WWW.GRSM.COM

October 20, 2025

**VIA ECF**
The Honorable Anthony Brindisi, U.S.D.J.
United States District Court for the Northern District of New York
Alexander Pirnie Federal Bldg and U.S. Courthouse
10 Broad Street
Utica, New York 13501

      Re:   *Johnson v. Best Bev, LLC*
               24-cv-01260(AJB)(ML)

Dear Judge Brindisi:

      As Your Honor is aware, late last week, we were retained as counsel for defendant Best Bev, LLC ("Defendant"), in the above-referenced matter. Defendant writes, with the consent of Plaintiffs' counsel, to respectfully request a two (2) week extension of time for Defendant to submit supplemental briefing concerning the 2025 amendment to the NYLL.

      On September 25, 2025, the Court denied Defendant's motion to dismiss but provided the parties leave for the parties to submit supplemental briefing concerning only the 2025 amendments to the NYLL within 28 days ("Order"). (ECF No. 18). The current deadline for the parties to provide supplemental briefing in connection with the Order is October 23, 2025. The undersigned just substituted in as counsel of last week. Due to numerous other professional and personal conflicts of the undersigned, Defendant respectfully requests a two (2) week extension of time to submit its supplemental briefing in connection with the Order, from October 22, 2025, to November 5, 2022, for good cause shown. The proposed extension would be mutual to both sides to provide Plaintiff with an additional two weeks to submit her supplemental briefing in connection with the Order.

      This is Defendant's first request for an extension of time to submit its supplemental briefing, Plaintiff would benefit from the same requested extension of time. As noted above, Defendant also makes this request with Plaintiff's consent and if granted, will not affect any deadlines or appearances in this matter.

Defendant thanks the Court for consideration of this request and courtesy regarding it.

Respectfully submitted,

/s/ *Francis J. Giambalvo*
Francis J. Giambalvo

Cc: All Counsel of Record (*via* ECF)