FRANCIS J. GIAMBALVO
FGIAMBALVO@GRSM.COM



ATTORNEYS AT LAW
1 BATTERY PARK PLAZA
28TH FLOOR
NEW YORK, NY 10004
(212) 269-5500
WWW.GRSM.COM

December 22, 2025

**VIA ECF**
The Honorable Anthony Brindisi, U.S.D.J.
United States District Court for the Northern District of New York
Alexander Pirnie Federal Bldg and U.S. Courthouse
10 Broad Street
Utica, New York 13501

The Honorable Miroslav Lovric, U.S.M.J.
United States District Court for the Northern District of New York
Federal Bldg and U.S. Courthouse
15 Henry Street
Binghamton, New York 13901

   Re: *Johnson v. Best Bev, LLC*
     24-cv-01260(AJB)(ML)

Dear Judge Brindisi and Judge Lovric:

  This firm represents defendant Best Bev, LLC ("Defendant") in the above referenced matter.

  The parties jointly submit this letter to inform the Court that they have agreed to fully and finally settle the above-mentioned matter on a class-wide basis pending execution of a formal settlement agreement.

  Due to the holidays and other personal and professional conflicts of the parties and their counsel, the parties request a deadline to submit a settlement agreement and motion for approval of February 1, 2026. The requested deadline should give the parties sufficient opportunity to negotiate the terms of a mutually acceptable class action settlement agreement and motion for settlement approval.

  The parties also request that the current deadline for the parties to submit briefing on the amended NYLL and the initial conference hearing is adjourned *sine die*.

      Kindly let us know if the Court has any questions or wishes to discuss this matter further. We thank the Court for its consideration of this correspondence and the requests herein.

Respectfully submitted,

/s/ *Francis J. Giambalvo*
Francis J. Giambalvo

Cc: All Counsel of Record (*via* ECF)