FRANCIS J. GIAMBALVO
FGIAMBALVO@GRSM.COM



ATTORNEYS AT LAW
1 BATTERY PARK PLAZA
28TH FLOOR
NEW YORK, NY 10004
(212) 269-5500
WWW.GRSM.COM

February 2, 2026

**VIA ECF**
The Honorable Anthony Brindisi, U.S.D.J.
United States District Court for the Northern District of New York
Alexander Pirnie Federal Bldg and U.S. Courthouse
10 Broad Street
Utica, New York 13501

The Honorable Miroslav Lovric, U.S.M.J.
United States District Court for the Northern District of New York
Federal Bldg and U.S. Courthouse
15 Henry Street
Binghamton, New York 13901

      Re:    *Johnson v. Best Bev, LLC*
                 24-cv-01260(AJB)(ML)

Dear Judge Brindisi and Judge Lovric:

      This firm represents defendant Best Bev, LLC ("Defendant") in the above referenced matter. The parties jointly submit this letter to request an extension of time, from February 2, 2026 to March 2, 2026, to submit the parties' settlement agreement and motion for court approval of the settlement. The requested extension is necessary because since their return to the office after the holidays, counsel for the parties have had numerous personal and professional conflicts that have caused a delay in the parties' ability to formalize a final settlement agreement and motion for approval by the current deadline. The requested deadline should give the parties sufficient opportunity to negotiate the terms of a mutually acceptable class action settlement agreement and motion for settlement approval.

      We thank the Court for its consideration of this correspondence and the requests herein.

                                                                Respectfully submitted,
                                                              /s/ *Francis J. Giambalvo*
                                                              Francis J. Giambalvo

Cc: All Counsel of Record (*via* ECF)

`