FRANCIS J. GIAMBALVO
FGIAMBALVO@GRSM.COM



GORDON REES SCULLY MANSUKHANI
YOUR 50 STATE LAW FIRM™
ATTORNEYS AT LAW
1 BATTERY PARK PLAZA
28TH FLOOR
NEW YORK, NY 10004
(212) 269-5500
WWW.GRSM.COM

March 30, 2026

**VIA ECF**

The Honorable Anthony Brindisi, U.S.D.J.
United States District Court for the Northern District of New York
Alexander Pirnie Federal Bldg and U.S. Courthouse
10 Broad Street
Utica, New York 13501

The Honorable Miroslav Lovric, U.S.M.J.
United States District Court for the Northern District of New York
Federal Bldg and U.S. Courthouse
15 Henry Street
Binghamton, New York 13901

   Re: *Johnson v. Best Bev, LLC*
     24-cv-01260(AJB)(ML)

Dear Judge Brindisi and Judge Lovric:

 This firm represents defendant Best Bev, LLC ("Defendant") in the above referenced matter. The parties jointly submit this letter to request an extension of time, from March 30, 2026 to April 15, 2026, to submit the parties' settlement agreement and motion for court approval of the settlement. The parties have fully executed a final settlement but need some additional time to file a motion for approval of the settlement. The requested deadline should give the parties a sufficient opportunity to finalize and file motion for settlement approval, The which also factors in that the undersigned is also out of town on vacation from April 6 to April 10.

 We thank the Court for its consideration of this correspondence and the request herein.

       Respectfully submitted,
       /s/ *Francis J. Giambalvo*
       Francis J. Giambalvo

Cc: All Counsel of Record (*via* ECF)